
AB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 08-493 |
| v. | : DATE FILED: _____ |
| AMIN A. RASHID | : VIOLATIONS:<br>18 U.S.C. § 1341 (mail fraud - 2 counts)<br>: 18 U.S.C. § 1028A<br>(aggravated identity theft - 1 count) |

FILED
AUG 21 2008
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## INDICTMENT

### COUNTS ONE THROUGH TWO

THE GRAND JURY CHARGES THAT:

At all times material to this indictment:

1. Defendant AMIN A. RASHID was the "Director of Legal and Political Affairs" for The Center for Constitutional and Criminal Justice, Inc. ("The Center"), a company that he created to further the scheme as described below.

2. The Philadelphia Sheriff's Office ("Sheriff") sells foreclosed properties to pay unpaid debts owed to the City of Philadelphia and other creditors.

3. City Line Abstract Company ("City Line"), located at 15 Saint Asaph's Avenue in Bala Cynwyd, Pennsylvania, is a title company that has a contract with the Sheriff to determine if there are any other creditors that should receive any of the proceeds after the tax obligations have been satisfied by the Sheriff's sale, and to distribute any remaining funds, after payment of taxes and other creditor claims, to the owner of the foreclosed property.

4. In accordance with its contract with the Sheriff, City Line administered proceeds from the Sheriff's sale of 137 N. 3rd Street, Philadelphia, Pennsylvania, previously

owned by Henry S. Nemrod, now deceased. After the payment of taxes and any creditors' claims, approximately $180,000 remained in proceeds from the sale of the property to be disbursed to the estate of Henry S. Nemrod.

## THE SCHEME

5. From at least in or about August 2007 to in or about August 2008, defendant

## AMIN A. RASHID

devised and intended to devise a scheme to defraud the Sheriff and the estate of Henry S. Nemrod, and obtain, by means of false and fraudulent pretenses, representations, and promises, money and property of the Sheriff and the estate of Henry S. Nemrod.

## MANNER AND MEANS

It was part of the scheme that:

6. On or about August 22, 2007, defendant AMIN A. RASHID fraudulently attempted to secure funds due to the estate of Henry S. Nemrod, by presenting to City Line a "Limited Power of Attorney" document and a photocopy of a Pennsylvania Driver's License in the name of Henry S. Nemrod.

7. This Limited Power of Attorney document purported to appoint defendant AMIN A. RASHID as the "Attorney-In-Fact" for the purpose of claiming proceeds from the Sheriff's sale of the property located at 137 N. 3rd Street, Philadelphia, Pennsylvania.

8. This Limited Power of Attorney document carried the purported signature of Henry S. Nemrod, the last known owner of the property at 137 N. 3rd Street. In addition, the Limited Power of Attorney document stated that Henry S. Nemrod signed the document on

2

August 9, 2007. However, Henry S. Nemrod had in fact died on March 10, 1998.

9. The photocopy of the Pennsyvlania Driver's License presented by defendant AMIN A. RASHID carried the name of Henry S. Nemrod, Henry S. Nemrod's date of birth, and an address of 137 N. 3rd Street, Philadelphia, Pennsylvania. However, the photocopied license contained the photograph and driver's license number (XXXXX522) of R.K.

10. Defendant AMIN A. RASHID had previously obtained from R.K. approximately $2,750 and a photocopy of R.K.'s Pennsylvania Driver's License after agreeing to represent R.K. as his "Attorney-In-Fact" in another Sheriff's sale.

11. Defendant AMIN A. RASHID continued to pursue recovery of the proceeds from the sale of 137 N. 3rd Street, Philadelphia, Pennsylvania through correspondence and phone calls to City Line.

12. Defendant AMIN A. RASHID attempted to defraud the Sheriff's office and the estate of Henry S. Nemrod over approximately $180,000.

## THE MAILINGS

13. On or about the dates set forth below, in the Eastern District of Pennsylvania and elsewhere, having devised and intending to devise the scheme, defendant

**AMIN A. RASHID,**

for the purpose of executing the scheme described above, and attempting to do so, knowingly caused to be delivered by mail, according to the directions thereon, the following mailings containing payments for services that were never rendered, each mailing constituting a separate count:

| COUNT | DATE | DESCRIPTION OF MAILING |
|---|---|---|
| ONE | October 2, 2007 | Letter dated October 1, 2007 inquiring about the status of proceeds for 137 N. 3rd Street, mailed from defendant RASHID to City Line |
| TWO | October 26, 2007 | Letter dated October 25, 2007 inquiring about the status of proceeds due to Mr. Henry Nemrod, mailed from defendant RASHID to City Line |

All in violation of Title 18, United States Code, Section 1341.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

From in or about August 2007 to in or about August 2008, in the Eastern District of Pennsylvania and elsewhere, defendant

**AMIN A. RASHID**

knowingly and without lawful authority transferred, possessed, used, and aided and abetted and willfully caused the transfer, possession, and use of, a means of identification of another person, that is, the Pennsylvania Driver's License No. XXXXX-522, during and in relation to mail fraud.

In violation of Title 18, United States Code, Sections 1028A(a)(1), (c)(5).

A TRUE BILL:

FOREPERSON

**LAURIE MAGID**
**Acting United States Attorney**

No. _____

UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

AMIN A. RASHID

INDICTMENT

Counts
18 U.S.C. § 1341 (mail fraud - 2 counts)
18 U.S.C. § 1028A (aggravated identity theft - 1 count)

*A true bill*

_____ Foreman

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____ Clerk

Bail, $ _____