IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 2:08-cr-00493-CMR-1 |
| | : | |
| | : | |
| **AMIN A. RASHID,** | : | |
| **Defendant** | : | |
| | : | |

## ORDER

**AND NOW**, this 26th day of July, 2010, it is hereby **ORDERED** that Defendant's request for recusal, pursuant to Defendant's Affidavit Made Pursuant to 28 U.S.C. § 144 of Judge's Personal Bias or Prejudice (Doc. No. 143), is **DENIED**.

It is so **ORDERED**.

                                                                        **BY THE COURT:**

                                                                        /s/ Cynthia M. Rufe

                                                                        **CYNTHIA M. RUFE, J.**