IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMIN A. RASHID | : | |
| | : | CIVIL ACTION NO. 15-274 |
| v. | : | |
| | : | CRIMINAL ACTION NO. 08-493 |
| DAVID ORTIZ | : | |

### ORDER

**AND NOW**, this 21th day of January 2016, upon consideration of Defendant's Motion Pursuant to 28 U.S.C. § 2241 [Doc. No. 1], the briefing in support thereof, and the response thereto, it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum Opinion the motion is **DISMISSED** without prejudice to Defendant filing a timely § 2255 petition. It is further **ORDERED** that Defendant's Motion to Expedite Final Disposition of 2241 Petition [Doc. No. 13] is **DISMISSED** as moot. The Clerk is directed to **CLOSE** the case. The Clerk is further directed to **FILE** this Order and the accompanying Memorandum Opinion in Criminal Action No. 08-493.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**