# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL ACTION NO. 08-493** |
| **v.** : | |
| : | |
| **AMIN A. RASHID** : | |

## ORDER

**AND NOW**, this 22nd day of January 2016, upon consideration of Defendant's Motion to Vacate Conviction and Sentence and Dismiss Jurisdictionally Defective Indictment [Doc. No. 474], the briefing in support thereof, and the response thereto, it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum Opinion the Motion is **DISMISSED** without prejudice to Defendant filing a timely petition under 28 U.S.C. § 2255.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**